

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00359-CR

Herbert **MORGAN** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5077
Honorable Pat Priest, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to eliminate the assessment of attorney's fees. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED December 31, 2013.

_____
Patricia O. Alvarez, Justice